B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Minnesota | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**WAGSTAFF MINNESOTA, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>04-3833751 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1635 N. REDINGTON ST., HANFORD, CA<br>ZIP CODE 93230 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>KINGS COUNTY, CALIFORNIA | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. BOX 1778<br>HANFORD, CA<br>ZIP CODE 93232 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>See attached list of locations | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other
  Restaurant

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case.)* | WAGSTAFF MINNESOTA, INC. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: See attached list of affiliated debtors | Case Number: | Date Filed: |
| --- | --- | --- |
| District: District of Minnesota | Relationship: Affiliate | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | WAGSTAFF MINNESOTA, INC. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Scott F. Gautier
Signature of Attorney for Debtor(s)
Scott F. Gautier
Printed Name of Attorney for Debtor(s)
Peitzman, Weg & Kempinsky LLP
Firm Name
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Address
(310) 552-3100
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Denman E. Wagstaff
Signature of Authorized Individual
DENMAN E. WAGSTAFF
Printed Name of Authorized Individual
PRESIDENT
Title of Authorized Individual
4/30/2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| B1 (Official Form) 1 (4/10) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> Wagstaff Minnesota, Inc. |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney\*** <br><br> X  /s/ James L. Baillie <br> Signature of Attorney for Debtor(s) <br> James L. Baillie <br> Printed Name of Attorney for Debtor(s) <br> Fredrikson & Byron, P.A. <br> Firm Name <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, MN 55402 <br> Address <br> (612) 492-7013 <br> Telephone Number <br> 04/30/2011 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | _____ <br> Address <br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# ANNEX I

## WAGSTAFF MINNESOTA, INC.
## LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR:

| Location | Address | City | State | ZIP |
|---|---|---|---|---|
| 130-Eagan | 4585 Erin Ln. | Eagan | MN | 55122 |
| 132-Main (Hopkins) | 1728 Main St. | Hopkins | MN | 55343 |
| 134-Bloomington | 9255 Lyndale Ave. | Bloomington | MN | 55420 |
| 136-Inver Grove Heights | 3220 - 57th St. E. | Inver Grove Heights | MN | 55075 |
| 137-Apple Valley | 7641 150th St. W. | Apple Valley | MN | 55124 |
| 139-Richfield | 220 W. 66th St. | Richfield | MN | 55423 |
| 145-Suburban | 1722 Suburban Ave. | St.Paul | MN | 55106 |
| 146-Oakdale | 7037 10th St.- N. | Oakdale | MN | 55128 |
| 150-Savage | 14165 Highway 13 | Savage | MN | 55378 |
| 155-Burnsville | 14150 County Road 5 | Burnsville | MN | 55337 |
| 129-Eden Praire | 7995 Glenn Lane | Eden Praire | MN | 55344 |
| 133-Broadway | 1301 W Broadway Ave | Minneapolis | MN | 55411 |
| 135-Chicago | 2918 Chicago | Minneapolis | MN | 55407 |
| 138-University | 1089 University Ave. - W. | St. Paul | MN | 55104 |
| 141-Brooklyn Park | 8025 Brooklyn Blvd. | Brooklyn Park | MN | 55445 |
| 142-Crystal | 6817 Bass Lake Rd. | Crystal | MN | 55428 |
| 143-Northtown | 8770 University Ave. NW. | Coon Rapids | MN | 55448 |
| 147-Mounds View | 2213 Highway 10 | St.Paul | MN | 55112 |
| 152-Edinburgh | 8540 Edinburgh Center Dr. | Brooklyn Park | MN | 55445 |
| 153-Riverdale | 3220 124th Ave.- NW. | Coon Rapids | MN | 55433 |
| 128-Cleveland | 740 Cleveland Ave. | St. Paul | MN | 55116 |
| 131-Rice | 1624 Rice St. | St. Paul | MN | 55117 |
| 140-Beam (Maplewood) | 1938 Beam Ave. | St. Paul | MN | 55109 |
| 144-Robert (W St Paul) | 1560 Robert St.- S. | St.Paul | MN | 55118 |
| 148-Brooklyn Center | 5430 Brooklyn Blvd. | Brooklyn Center | MN | 55429 |
| 149-Rosemount | 15010 Claret Ave. | Rosemount | MN | 55068 |
| 151-Vadnais Heights | 930 E. County Road E. | Vadnais Heights | MN | 55127 |
| 154-Columbia Heights | 5060 Central Ave. NE. | Columbia Heights | MN | 55421 |

## Annex II

## Affiliated Debtors

On the date hereof, each of the affiliated entities listed below also filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Minnesota. Such entities have filed or shortly will file a motion requesting that their Chapter 11 cases be consolidated for procedural purposes only and jointly administered.

| | |
|---|---|
| Wagstaff Properties Minnesota, LLC | Affiliate |
| Wagstaff Management Corporation | Affiliate |
| Wagstaff Properties, LLC | Affiliate |
| D&D Food Management Inc. | Affiliate |
| D&D Idaho Foods, Inc. | Affiliate |
| D&D Property Investments Inc. | Affiliate |
| Wagstaff Texas, Inc. | Affiliate |
| Wagstaff Properties Texas, LLC | Affiliate |
| Wagstaff-Atte Alaska, Inc. | Affiliate |
| Wagstaff-Atte Alaska, LLC | Affiliate |
| A D Bakes, Inc. | Affiliate |

| Debtor: **Wagstaff Minnesota, Inc.** | Case No. (if known): |
| | Chapter 11 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1 McLANE FOODSERVICE DISTRIBUTION, INC. FILE 2721 LOS ANGELES, CA 90074-2721 | 909-476-6100 | Trade | | 433,674.67 |
| 2 UNIFIED FOOD SERVICE PURCHASING COOP, LLC P.O. BOX 32033 LOUISVILLE, KY 40232 | 502-896-5900 | Trade | | 66,177.40 |
| 3 KENTUCKY FRIED CHICKEN 1441 GARDINER LANE LOUISVILLE, KY 40213 | | Royalties | | 93,370.10 |
| 4 FOURCROWN, INC 7002 6TH ST N OAKDALE, MN 55128 | 651-714-0030 | Trade | | 29,027.07 |
| 5 KFC NATIONAL COUNCIL AND ADVERTISING COOPERATIVE, INC. 1441 GARDINER LANE LOUISVILLE, KY 40213 | | Advertising | | 16,664.76 |
| 6 FCC COMMERCIAL FURNITURE 8452 OLD HWY 99 NORTH ROSEBURG, OR 97470 | 800-322-7328 541-440 8210 | Trade | | 14,116.07 |
| 7 XCEL ENERGY P.O. BOX 9477 MPLS, MN 55484-9477 | 800-481-4700 800-311-0050 | Trade | | 13,391.72 |
| 8 CENTERPOINT ENERGY P.O. BOX 4671 HOUSTON, TX 77210-4671 | 612-372-4727 | Trade | | 8,650.72 |
| 9 ENGINEERING CONSULTANTS INC 303 S FEDERAL WAY BOISE, ID 83705 | 208-376-9820 | Trade | | 5,535.00 |
| 10 LYNDE ENTERPRISES, INC. THE SNOWPLOWING/LAWNCARE PROFESSIONALS 201 COUNTY ROAD 81 OSSEO, MN 55369 | jackie 763-425-5254 763-425-2985 | Trade | | 4,901.59 |

Debtor: **Wagstaff Minnesota, Inc.**

Case No. (if known):

Chapter 11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11 HART PROPERTY CONSULTANTS P O BOX 1591 ST CLOUD, MN 56302-1591 | 320-253-1610 320-253-6551 | Trade | | 4,096.05 |
| 12 CROSSTOWN SIGN 16307 ABERDEEN ST. NE HAM LAKE, MN 55304 | 763-784-7742 763-784-9753 | Trade | | 3,419.25 |
| 13 FALCON FABRICATORS P.O. BOX 40252 NASHVILLE, TN 37204 | 800-883-5555 615-832-0027 | Trade | | 2,816.38 |
| 14 GENERAL PARTS, INC., P.O. BOX 9201, MINNEAPOLIS, MN 55480-9201 | 800-279-9980 800-279-9981 | Trade | | 2,287.13 |
| 15 CITY OF BLOOMINGTON-FINANCE DEPARTMENT, 1800 WEST OLD SHAKOPEE ROAD, BLOOMINGTON, MN 55431-3027 | 952-563-8700 952-563-8789 | Trade | | 2,250.00 |
| 16 GERRY'S FIRE & SAFETY INC., P.O. BOX 75, 303-21st STREET, NEWPORT, MN 55055 | 651-459-1324 | Trade | | 1,847.58 |
| 17 GRAINGER, DEPT 855590485, P.O. BOX 419267, KANSAS CITY, MO 64141-6267 | 763-531-0300 | Trade | | 1,240.59 |
| 18 UFPC PARTS CONNECTION, NW 5848, P.O. BOX 1450, MINNEAPOLIS, MN 55485-5848 | 1-866-570-5893 | Trade | | 1,158.03 |
| 19 SHAW INVESTIGATION, P.O. BOX 716, PROVO, UT 84603 | | Trade | | 1,120.00 |
| 20 POWERHOUSE REPAIR, JOHN M. BEARTH, 107 W. WHEELOCK PKWY, ST. PAUL, MN 55117 | 651-488-3795 | Trade | | 1,027.00 |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 4-30-11

Signature

Denman E. Wagstaff, President
Print Name and Title

United States Bankruptcy Court
District of Minnesota

In re Wagstaff Minnesota, Inc.
                Debtor(s)

Case No. _____
Chapter 11

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the company named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief. If additional information becomes known as a result of the ongoing review of the Debtor's books and records, the List will be promptly amended.

Date: April 29, 2011

Signature _____
Printed Name: Denman E. Wagstaff
Title: President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Wagstaff Minnesota, Inc.

Case No. _____
Chapter 11 Case

Debtor.

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Denman E. Wagstaff, declare under penalty of perjury that I am the President of Wagstaff Minnesota, Inc., a California corporation and that on April 29, 2011 the following resolution was duly adopted by the Board of Directors of this corporation:

"**WHEREAS**, the Board has determined that it is in the best interests of the Company, its creditors, stockholders and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "Bankruptcy Code"); therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and it is

**RESOLVED**, that ___Denman E. Wagstaff___, in his capacity as ___President___ of the Company, be and hereby is authorized to:

    a.    Execute and verify or certify on behalf of the Company and any and all of its subsidiaries petitions under chapter 11 and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as he shall determine is appropriate; and

    b.    Execute and file, or cause to be executed and filed, all petitions, schedules, lists, statements and other papers, and to take or direct any and all action that he deems necessary, proper, or desirable in connection with the chapter 11 case for the Company or any of its subsidiaries with view toward the successful completion of the case or cases; and

    c.    Take or direct all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform, or cause to be performed, all duties and obligations, as the Company or any of its subsidiaries may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver, or cause to be executed and delivered, all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company or any of its subsidiaries, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

LOCAL RULE REFERENCE: 1008-1

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Peitzman, Weg & Kempinsky LLP, or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 case for the Company and its affiliates."

Executed on: April 29, 2011

Signed: _____
Denman E. Wagstaff, President

LOCAL RULE REFERENCE: 1008-1

## United States Bankruptcy Court
### District of Minnesota

In re   Wagstaff Minnesota, Inc.                              Case No.  _____

                                    Debtor(s)                 Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned President for Wagstaff Minnesota, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Wagstaff Minnesota, Inc.

☒ None [*Check if applicable*]


April 29, 2011                              _____
Date                                        Dehman E. Wagstaff
                                            President of Wagstaff Minnesota, Inc.

4843551

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
    Wagstaff Minnesota, Inc.
    Debtor(s).

**SIGNATURE DECLARATION**

Case No. _____

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: Partial Chapter 11 Case)

We, the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: April 30, 2011

X _____
Signature of Debtor or Authorized Representative

Denman E. Wagstaff, President
Printed Name of Debtor or Authorized Representative

_____
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

4920301_1.DOC

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy