**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

| | |
|---|---|
| Wagstaff Minnesota, Inc., | Case No. 11-43073 |
| Debtor. | Chapter 11 Case |
| Wagstaff Properties, LLC, | Case No. 11-43074 |
| Debtor. | Chapter 11 Case |
| Wagstaff Management Corporation, | Case No. 11-43081 |
| Debtor. | Chapter 11 Case |
| Wagstaff Properties Minnesota, LLC, | Case No. 11-43076 |
| Debtor. | Chapter 11 Case |
| D & D Food Management, Inc., | Case No. 11-43084 |
| Debtor. | Chapter 11 Case |
| D & D Idaho Food, Inc., | Case No. 11-43083 |
| Debtor. | Chapter 11 Case |
| D & D Property Investments, LLC, | Case No. 11-43075 |
| Debtor. | Chapter 11 Case |
| Wagstaff Texas, Inc., | Case No. 11-43080 |
| Debtor. | Chapter 11 Case |
| Wagstaff Properties Texas, LLC, | Case No. 11-43077 |
| Debtor. | Chapter 11 Case |
| Wagstaff Atte Alaska, Inc., | Case No. 11-43082 |
| Debtor. | Chapter 11 Case |
| Wagstaff Atte Alaska, LLC, | Case No. 11-43078 |
| Debtor. | Chapter 11 Case |
| A D Bakes, Inc., | Case No. 11-43079 |
| Debtor. | Chapter 11 Case |

**NOTICE OF INTENTION TO SEEK EXPEDITED HEARING**

The debtors in the above Chapter 11 cases give notice that they intend to seek expedited hearings on the following matters and that such hearing shall be **Thursday, May 5, 2011 at 9:00 a.m. in Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415**:

1. Notice of Hearing and Joint Motion for (I) Expedited Relief and (II) Interim and Final Orders (A) Authorizing Debtors' Use of Unencumbered Cash or, in the Alternative, Cash Collateral and (B) Granting Adequate Protection;

2. Notice of Hearing and Joint Motion for an Expedited Hearing and for an Order Authorizing Debtors to Pay Prepetition Wages and Employee Benefits and Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Relief;

3. Notice of Hearing and Joint Motion for Order (I) Granting Expedited Relief, (II) Authorizing Maintenance of Existing Bank Accounts and Business Forms, and (III) Authorizing Continued Use of Cash Management System;

4. Notice of Hearing and Joint Motion for Order (I) Granting Expedited Relief, (II) Authorizing Joint Administration of Cases, and (III) Restricting Service under Local Rule 9013-3(A)(2); and

5. Notice Of Hearing And Joint Motion For Expedited Hearing And For An Order Authorizing Debtors To Pay The Prepetition Claims Of Certain Critical Vendors.

FREDRIKSON & BYRON, P.A.

Dated: May 2, 2011

/e/James L. Baillie
James L. Baillie (#3980)
Cynthia A. Moyer (#211229)
Sarah M. Gibbs (#390238)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077
jbaillie@fredlaw.com
cmoyer@fredlaw.com
sgibbs@fredlaw.com

PROPOSED CO-COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION

– and –

PEITZMAN, WEG & KEMPINSKY LLP

Howard J. Weg (CA State Bar No. 91057)
Scott F. Gautier (CA State Bar No. 211742)
Thor D. McLaughlin (CA State Bar No. 257864)
   *Pro hac vice applications to be filed*
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101
hweg@pwkllp.com
sgautier@pwkllp.com
tmclaughlin@pwkllp.com

PROPOSED CO-COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION